COMMONWEALTH of Pennsylvania,
Respondent

v.

Benjamin J. RIVERA, Petitioner

No. 164 MAL 2017

Supreme Court of Pennsylvania.

July 13, 2017

## ORDER

PER CURIAM

AND NOW, this 13th day of July, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Samuel F. RASHID, Petitioner

No. 119 MAL 2017

Supreme Court of Pennsylvania.

July 13, 2017

## ORDER

PER CURIAM

AND NOW, this 13th day of July, 2017, the Petition for Allowance of Appeal is DENIED.

ESTATE OF William P.
O'BRIEN, Deceased

Petition of: Donna Wellington

No. 112 MAL 2017

Supreme Court of Pennsylvania.

July 13, 2017

## ORDER

PER CURIAM

AND NOW, this 13th day of July, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Dennis John VELEZ, Petitioner

No. 98 MAL 2017

Supreme Court of Pennsylvania.

July 13, 2017

## ORDER

PER CURIAM

AND NOW, this 13th day of July, 2017, the Petition for Allowance of Appeal is DENIED.